# MEL S. HARRIS AND ASSOCIATES, LLC

| | | |
|---|---|---|
| MEL S. HARRIS<br>DAVID WALDMAN<br>ARTHUR SANDERS | ATTORNEYS AT LAW<br>5 HANOVER SQUARE, 8th FLOOR<br>NEW YORK, NY 10004<br>Tel: (212) 660-1050<br>Fax: (646)454-2104 | SCOTT WORTMAN<br>AMANDA PEREZ<br>HILARY KORMAN<br>STACEY SCHWARTZ |

September 30, 2009


Hon. Arlene Lindsay
United States District Court
100 Federal Plaza
Central Islip, NY  11722

Re:  Daigle v. Redline Recovery Services, LLC
     CV-09-03126

Dear Judge Lindsay:

Please be advised that this office represents the defendant in the above-captioned matter.

The facts alleged in the complaint are in dispute and defendant is anxious to proceed with discovery in this case. We are hesitant to start the process, however, without a Case Management Plan in place containing all the necessary deadlines.

This letter is written to request an initial conference, or, in the alternative, for the issuance of a Case Management Plan.

Thank you for your consideration.


Sincerely,

MEL S. HARRIS & ASSOCIATES, LLC


_____
By:  Arthur Sanders