UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephanie Daigle,<br><br>    Plaintiff,<br><br>v.<br><br>Redline Recovery Services, LLC,<br><br>    Defendant. | Civil Action No.: 2:09-cv-03126-ADS-ARL |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendant Redline Recovery Services, LLC with prejudice and without costs to any party.

Stephanie Daigle

___/s/ Sergei Lemberg_____

Sergei Lemberg, Esq. (SL 6331)
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
Attorney for Plaintiff

Redline Recovery Services, LLC

_____

Arthur Sanders, Esq. ( AS1210 )
Mel Harris & Associates LLC
5 Hanover Square, 8th Floor
New York, NY 10004
(212) 660-1050
Attorney for Defendant

_____

SO ORDERED